UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY MALONEY,

    Plaintiff,                                            Civil Action No. 11-CV-14540

vs.                                                    HON. BERNARD A. FRIEDMAN

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is presently before the Court on plaintiff's "motion for withdrawal and/or dismissal of complaint" [docket entry 11].  Defendant has not responded to this motion.  Magistrate Judge Laurie J. Michelson has submitted a Report and Recommendation ("R&R") in which she recommends that plaintiff's motion be granted.  Neither party has objected to the R&R and the time for doing so has expired.  The Court has reviewed plaintiff's motion and the R&R and agrees with the magistrate judge that the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion for withdrawal and/or dismissal of the complaint is granted.  The complaint is hereby dismissed without prejudice.

IT IS FURTHER ORDERED that the parties' cross motions for summary judgment are denied as moot.

                                                          S/ Bernard A. Friedman_____
Dated: November 13, 2012           BERNARD A. FRIEDMAN
      Detroit, Michigan              SENIOR UNITED STATES DISTRICT JUDGE